```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23066
  GABRIEL TORNERO
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

       Debtor
  SSN XXX-XX-2736
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/07/07 and confirmed on 02/15/08.

   2.  The case was converted to Chapter 7 after confirmation, 09/23/2008.

   3.  The Debtor paid a total of $   1930.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| WEST SUBURBAN BANK | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 8143.17 | 298.00 | 262.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9091.82 | .00 | .00 |
| BLOCKBUSTER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 942.49 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 826.80 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1807.29 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 883.07 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 730.89 | .00 | .00 |

     Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8143.17 | .00 | 14282.36 | .00 | 22425.53 |
| PRINCIPAL PAID | 262.16 | .00 | .00 | .00 | 262.16 |
| INTEREST PAID | 298.00 | .00 | .00 | .00 | 298.00 |
| TOTAL PAID | 560.16 | .00 | .00 | .00 | 560.16 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP    , was allowed $   3500.00
and was paid $   1000.00  direct and $   1258.98  through the plan.

The Trustee received $     110.86 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/17/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
         CASE NO. 07 B 23066 GABRIEL TORNERO
```